FILED
2007 Jan-25 PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BARBER AUTO SALES, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| v. ) | 5:06-CV-04686-IPJ |
| ) | |
| UNITED PARCEL SERVICE CO., INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the Rules of the United States District Court for the Northern District of Alabama, Terrence W. McCarthy ("Movant"), one of the attorneys for Defendant, United Parcel Service, Inc. ("UPS"), misnamed in the Complaint as a non existent entity, "United Parcel Service Co., Inc.", hereby moves the Court to enter an order allowing Paul J. Murphy, Barry Goheen, and Stewart Haskins to appear *pro hac vice* as attorneys for UPS in this matter. In support of this motion, Movant shows the Court as follows:

1. Paul J. Murphy is a licensed attorney practicing at the law firm of King & Spalding LLP, Atlanta, Georgia, and is duly admitted to practice law in the State of Georgia, United States District Court for the Northern and Middle Districts of Georgia, the Southern District of Indiana, and the Eleventh Circuit Court of Appeals.

2. Barry Goheen is a licensed attorney practicing at the law firm of King & Spalding LLP, Atlanta, Georgia, and is duly admitted to practice law in the States of Georgia and Tennessee, the United States District Courts for the Northern District of Georgia and Middle District of Tennessee, and the United States Courts of Appeals for the Sixth, Seventh, and Eleventh Circuits.

3.  Stewart Haskins is a licensed attorney practicing at the law firm of King & Spalding LLP, Atlanta, Georgia, and is duly admitted to practice law in the State of Georgia, United States District Court for the Northern District of Georgia, and the Eleventh Circuit Court of Appeals.

4.  Movant is a member in good standing of the Alabama State Bar and has been admitted to practice before this Court since 1999.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that this Court enter an order allowing Paul J. Murphy, Barry Goheen, and Stewart Haskins to appear *pro hac vice* for the purpose of representing UPS in this case.

s/Terrence W. McCarthy
One of the Attorneys for Defendant
United Parcel Service Co., Inc.

OF COUNSEL:
Jere F. White, Jr. (WHI007)
Terrence W. McCarthy (MCC119)
Natasha L. Wilson (WIL326)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James M. Corder, Jr.
ALEXANDER, CORDER, PLUNK & SHELLY, P.C.
P.O. Box 1129
Athens, Alabama 35612

E. Clayton Lowe, Jr., Esq.
Peter A. Grammas, Esq.
LOWE & GRAMMAS, LLP
1952 Urban Center Parkway
Vestavia Hills, Alabama 35242

Dennis G. Pantazis, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

                                        s/Terrence W. McCarthy