Jere F. White, Jr. (WHITJ1759)
Harlan I. Prater, IV (PRATH7485)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (facsimile)

Paul J. Murphy (Admitted pro hac vice)
Barry Goheen (Admitted pro hac vice)
S. Stewart Haskins (Admitted pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5139

Counsel for Defendant
United Parcel Service, Inc.
Filed Jointly with Counsel for Plaintiff
Listed on the Signature Page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| BARBER AUTO SALES, INC., individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 5:06-CV-4686-IPJ |
| vs. | ) ) | |
| | ) | CLASS ACTION |
| UNITED PARCEL SERVICE, INC., | ) ) | |
| Defendant. | ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLAIM FORM**

Defendant United Parcel Service, Inc. ("UPS") and Plaintiff Barber Auto Sales, Inc. ("Barber") jointly move for Preliminary Approval of Amended Claim Form in connection with the settlement of the above-captioned class action.[1]

On August 29, 2011, this Court granted preliminary approval of the Amended Settlement Agreement, including Exhibit A thereto, the Claim Form to be provided to Settlement Class Members. *Barber Auto Sales, Inc. v. United Parcel Service, Inc.*, Docket No. 5:06-CV-4686 (order granting preliminary approval of proposed settlement). The Parties now jointly and respectfully submit this amended Claim Form, attached as Exhibit A to this motion, for the Court's approval. The Claim Form has been slightly modified to clarify that only Class Members who have not been excluded from the Settlement Class are eligible to submit claims and receive Settlement Benefits. The amended Claim Form now explicitly describes the exclusions from the Settlement Class in the section titled "Eligibility", with language tracking the approved terms contained in the amended Settlement Agreement. The amended Claim Form also has been updated to include website and telephone information, as well as information regarding the Claims Deadline and Class period, consistent with the deadlines set forth in the Court's Preliminary Approval Order entered on August 29, 2011. In all other respects, the amended Claim Form is identical to the Claim Form previously approved by the Court.

The Parties respectfully request this Court enter an Order approving the amended Claim Form. Attached is a proposed order granting the Parties' request.

---

1 Unless otherwise stated, all capitalized terms in this Motion are as defined in the Settlement Agreement.

Respectfully submitted this 9th day of September, 2011.

/s/ S. Stewart Haskins
Paul J. Murphy (*pro hac vice*)
Barry Goheen (*pro hac vice*)
S. Stewart Haskins (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-4600
(404) 572-5139 (facsimile)

Jere F. White, Jr. (WHITJ1759)
Harlan I. Prater, IV (PRATH7485)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (facsimile)

**COUNSEL FOR DEFENDANT UNITED PARCEL SERVICE, INC.**

/s/ Peter A. Grammas
Peter A. Grammas
LOWE & GRAMMAS, LLP
1952 Urban Center Parkway
Vestavia Hills, Alabama 35242

James M. Corder, Jr.
ALEXANDER, CORDER, PLUNK, & SHELLY, P.C.
P.O. Box 1129
Athens, Alabama 35612

Nicholas B. Roth
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS, LLP
P.O. Box 1607
Decatur, Alabama 35601

3

Dennis G. Pantazis
WIGGINS, CHILDS, QUINN &
PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

**COUNSEL FOR PLAINTIFF
BARBER AUTO SALES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James M. Corder, Jr. Esq.
ALEXANDER, CORDER, PLUNK, &
SHELLY, P.C.
P.O. Box 1129
Athens, Alabama  35612

Peter A. Grammas, Esq.
LOWE & GRAMMAS, LLP
1952 Urban Center Parkway
Vestavia Hills, Alabama  35242

Dennis G. Pantazis, Esq.
WIGGINS, CHILDS, QUINN &
PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

Nicholas B. Roth
EYSTER KEY TUBB ROTH MIDDLETON
& ADAMS, LLP
P.O. Box 1607
Decatur, Alabama 35601

/s/ S. Stewart Haskins

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BARBER AUTO SALES, INC., individually and on behalf of all persons similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED PARCEL SERVICE, INC., )<br>)<br>)<br>Defendant. ) | CIVIL ACTION NO.:<br>5:06-CV-04686-IPJ |

### [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF AMENDED CLAIM FORM

The Court **GRANTS** the Joint Motion for Preliminary Approval of Amended Claim Form, and instructs the Parties to provide such Claim Form to the Settlement Class as set forth in the Court's previous Order Granting Preliminary Approval of Proposed Settlement, entered on August 29, 2011.

**DONE AND ORDERED** this 9th day of September 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE

CC: all counsel of record