# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BARBER AUTO SALES, INC.,** individually and on behalf of all persons similarly situated,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**UNITED PARCEL SERVICES, INC.,**  )<br>)<br>Defendant.  )<br>)<br>) | CIVIL ACTION NO.:<br>5:06-CV-04686-IPJ |

## ORDER

On the court's own motion, it is **ORDERED** that the Final Approval Hearing previous set on December 5, 2011, at 11:00 a.m., in Decatur, Alabama, shall be held on December 5, 2011, at 11:00 a.m., in **Birmingham**, **Alabama**.

**DONE** and **ORDERED** this the 12th day of September, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE