IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BARBER AUTO SALES, INC., individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 5:06-cv-04686-IPJ |

## NOTICE OF APPEARANCE

John J. Park, Jr., an attorney admitted to practice in Alabama and in this district, hereby enters his appearance as counsel for Brandy and Noah Heaser, class members in this case. The Heasers, through Mr. Park, are also moving for the admission of Daniel Greenberg pro hac vice to represent them. Through their attorneys, the Heasers will shortly file an objection to the proposed settlement of this class-action lawsuit consistent with the requirements established by this Court in its Order Granting Preliminary Approval of Proposed Settlement (No. 158).

The Heasers respectfully request that Mr. Park and Mr. Greenberg be permitted to appear and be heard at the fairness hearing scheduled for December 5, 2011.

The Settlement Agreement (No. 151) requests that the Heasers estimate how much time will be needed to present their objection. No. 151, § 11.5. Counsel for the Heasers will, of course, comply with this Court's instructions and estimate that 10 to 15 minutes will be sufficient. Counsel state further that the central purpose of their appearance will be to answer any questions this Court may have and will tailor their presentation accordingly.

The Heasers do not, at this time, intend to call any witnesses. If any witness testifies at the hearing in support of the proposed settlement, the Heasers request permission to cross-examine any such witness. Concurrently with their objection, the Heasers will submit documents demonstrating their membership in the plaintiff class and their right to object. With the exception of those documents, the Heasers do not currently intend to offer any other documents in support of their objection.

                               Respectfully Submitted,

/s/ John J. Park, Jr.
Attorney at Law
Bar Number: ASB-8382-P62J
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
678.347.2208 direct
678.347.2210 fax
jjp@sbllaw.net
www.sbllaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following counsel of record:

Mr. Dennis G Pantazis
Wiggins Childs Quinn & Pantazis
The Kress Building
301 19th Street, North
Birmingham, AL 35203

Mr. James M. Corder, Jr.
Alexander, Corder, Plunk & Shelley, PC
Jefferson at Green
Athens, AL 35612

Mr. Paul J. Murphy
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309

Mr. E. Clayton Lowe, Jr.
Peter A. Grammas
Lowe & Grammas LLP
1952 Urban Center Parkway
Vestavia Hills, AL 35242

Mr. Nicolas B. Roth
Eyster Key Tubb Weaver & Roth
402 East Moulton Street, SE
Decatur, AL 35602

/s/ John J. Park, Jr.
Bar Number: ASB-8382-P62J