FILED
2011 Nov-01 PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| BARBER AUTO SALES, INC., individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 5:06-cv-04686-IPJ |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Ala. L.R. 83.1(b), John J. Park, Jr. ("Movant"), attorney for Brandy and Noah Heaser (objectors), in the above-referenced action, hereby moves the Court to admit Daniel Greenberg, *pro hac vice* to appear and participate as counsel in this case. In support of this motion, Movant represents as follows:

1. Daniel Greenberg is a licensed attorney practicing through the Center for Class Action Fairness, LLC, and is duly admitted to practice law in the State of Arkansas where he regularly practices law.

2. Movant is a member in good standing of the Alabama State Bar and has been admitted to practice before this Court since 1986.

3. This Motion will be accompanied by the required $50.00 fee.

Movant respectfully requests that this Court enter an order allowing Daniel Greenberg to appear *pro hac vice* for the purpose of representing Brandy and Noah Heaser in this case.

/s/ John J. Park, Jr.
Bar Number: ASB-8382-P62J
Strickland Brockington Lewis LLP
1170 Peachtree Street NE, Suite 2200
Atlanta, GA 30309
Phone: (678) 347-2208
Fax: (678) 347-2210
Email: jjp@sbllaw.net

Attorney for Brandy and Noah Heaser

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following counsel of record:

Anthony Ventry , III     ventry@elarbeethompson.com

Barry Goheen     bgoheen@kslaw.com

Brian M Clark     bclark@wcqp.com

Dennis G Pantazis     dgp@wcqp.com

E Clayton Lowe , Jr     clowe@lowegrammas.com

Harlan I Prater , IV     hprater@lfwlaw.com

James M Corder , Jr     jcorder@acpbs.com

Jeffrey P Leonard     jleonard@hgdlawfirm.com

Jere F White , Jr     jwhite@lightfootlaw.com

Nicholas B Roth     nbroth@eysterkey.com

Paul J Murphy     pmurphy@kslaw.com

Peter A Grammas     pgrammas@lowegrammas.com

Sidney S Haskins , II     shaskins@kslaw.com

Terrence W McCarthy     tmccarthy@lightfootlaw.com

/s/ John J. Park, Jr.
Bar Number: ASB-8382-P62J