FILED
2011 Nov-30  PM 05:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

Harlan I. Prater, IV (PRATH7485)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (facsimile)

Paul J. Murphy (Admitted pro hac vice)
Barry Goheen (Admitted pro hac vice)
S. Stewart Haskins (Admitted pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5139

Counsel for Defendants
United Parcel Service, Inc.
Filed Jointly with Counsel for Plaintiff
Listed on the Signature Page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **BARBER AUTO SALES, INC.,** individually and on behalf of all persons similarly situated, | ) ) ) ) |
| **Plaintiff,** | ) ) **CIVIL ACTION NO.:** |
| vs. | ) **5:06-CV-4686-IPJ** ) |
| **UNITED PARCEL SERVICE, INC.,** | ) **CLASS ACTION** ) ) |
| **Defendant.** | ) |

**JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Defendant United Parcel Service, Inc. ("Defendant" or "UPS"), by and through undersigned counsel of record, Lightfoot, Franklin & White, LLC, and King & Spalding LLP, and Plaintiff Barber Auto Sales, Inc. ("Barber"), by and though undersigned counsel, Wiggins Childs Quinn & Pantazis, Lowe & Grammas, LLP, Alexander, Corder, Plunk & Shelly, P.C., and Eyster Key Tubb Weaver & Roth, jointly move for Final Approval of Proposed Settlement in the above-captioned class action litigation.[1] This Court preliminarily approved the Settlement in an Order dated August 29, 2011. Pursuant to Federal Rule of Civil Procedure 23, Barber and UPS jointly move for an Order granting final approval of the Settlement of this action in accordance with the terms set forth in the Settlement Agreement, and approving the Plaintiff's Fee Application and the Named Plaintiff's Incentive Request, filed contemporaneously herewith.

The grounds on which this Motion is based are set forth in the accompanying Memorandum of Law and the exhibits thereto, which are expressly incorporated herein by reference. Accordingly, Barber and UPS jointly and respectfully request that this Motion for Final Approval be granted.

Respectfully submitted this 30th day of November, 2011.

/s/ S. Stewart Haskins
One of the Attorneys for Defendant
United Parcel Service, Inc.

/s/ Peter A. Grammas
One of the Attorneys for Plaintiff
Barber Auto Sales, Inc.

(signatures continue next page)

---

[1] Unless otherwise stated, all capitalized terms in this Motion and supporting Memorandum are as defined in the Settlement Agreement.

2

**COUNSEL FOR DEFENDANT UNITED PARCEL SERVICE, INC:**

Harlan I. Prater, IV (PRATH7485)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (facsimile)

Paul J. Murphy (Admitted *pro hac vice*)
Barry Goheen (Admitted *pro hac vice*)
S. Stewart Haskins (Admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5139

**COUNSEL FOR PLAINTIFF BARBER AUTO SALES, INC:**

| | |
|---|---|
| James M. Corder, Jr. Esq.<br>ALEXANDER, CORDER, PLUNK, & SHELLY, P.C.<br>Attorneys at Law<br>P.O. Box 1129<br>Athens, Alabama  35612 | Peter A. Grammas, Esq.<br>E. Clayton Lowe, Jr., Esq.<br>LOWE & GRAMMAS, LLP<br>Attorneys at Law<br>1952 Urban Center Parkway<br>Vestavia Hills, Alabama  35242 |
| Dennis G. Pantazis, Esq.<br>WIGGINS, CHILDS, QUINN & PANTAZIS, LLC<br>Attorneys at Law<br>The Kress Building<br>301 19th Street North<br>Birmingham, Alabama  35203 | Nicholas B. Roth<br>EYSTER KEY TUBB ROTH MIDDLETON & ADAMS, LLP<br>P.O. Box 1607<br>Decatur, AL 35601 |