FILED
2011 Dec-13 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

BARBER AUTO SALES, INC.,
individually and on behalf of all
persons similarly situated,

PLAINTIFF,

v.

CASE NO.: CV-06-J-4686-NE

UNITED PARCEL SERVICES, INC.,

DEFENDANT.

**EXHIBIT A**

To be filed.

| | Name1 | State |
|---|---|---|
| 1 | ACCESS AUTOMOTIVE | MN |
| 2 | MC2RACING | OH |
| 3 | D-STAR ENGINEERING | CT |
| 4 | MARC ROSENTHAL | FL |
| 5 | ATLANTIC INTERNATIONAL | FL |
| 6 | SIMPLYDESIGNZ | CT |
| 7 | ACCEL MORTGAGE, INC | IL |
| 8 | APEX ENGINEERING | WI |
| 9 | SALES ACTIVITY MANAGEMENT INC. | IL |
| 10 | L C S CO | MN |
| 11 | GREAT RIVERS IRRIGATION | WI |
| 12 | JS PRINTING | AL |
| 13 | C/O MINPACK | MN |
| 14 | WATER & SEWER SUPPLY | MO |
| 15 | MINPACK | MN |
| 16 | METRO EDUCATIONAL COUNCIL | OH |
| 17 | BUNGE EDIBLE OIL CORP | IL |
| 18 | TOLEDO ZOO ADMINISTRATION OFFC | OH |
| 19 | LIN-CUM INC | AZ |
| 20 | MARY WHITE | AL |
| 21 | PAQUIN COMPANY ENSTON DIVISION | OH |
| 22 | THE JARD GROUP | TX |
| 23 | FREEPORT AREA ENTERPRISES INC | PA |
| 24 | SAFETY COATINGS | AL |
| 25 | WATSON LABEL PRODUCTS | MO |
| 26 | ROSELON INDUSTRIES | PA |
| 27 | FRECON TECHNOLOGY INC | OH |
| 28 | JURA-CAPRESSO | NJ |
| 29 | AUTO SECURITY AND SOUND | NJ |
| 30 | ACRALINE INC | IN |
| 31 | CLASSIC HEATERS &RADIATORS | NY |
| 32 | SNOW GOOSE | OK |
| 33 | WRIGHTWAY CONSULTING, INC | FL |
| 34 | ROUTE 11 TRUCK & EQUIP | NY |
| 35 | NOVA ENGINEERING INC | CO |
| 36 | J D JOHNSON CO INC | NY |
| 37 | THE CANDY BALLOON CO | TX |
| 38 | SHIRLEY LONG | FL |
| 39 | SIMMS STREET SHIPPING | CO |
| 40 | PARAMOUNT IRON, INC. | AZ |
| 41 | OPTO PRECISION | CA |
| 42 | COLUMBIA LITHO INC. | WA |
| 43 | AAF TANK MUSEUM | VA |
| 44 | TLR - TOTAL LOGISTICS RESOURCE | OR |
| 45 | MAIL OFFICE PLUS | OR |
| 46 | ALVINE ENGINEERING | OK |

| | Name1 | State |
|---|---|---|
| 47 | COMPONENTONE LLC | PA |
| 48 | REDBOX | IL |
| 49 | AMERICAN PAVERS | FL |
| 50 | MADISON COUNTY CABINETS | IN |
| 51 | LA ASSOCIATION FOR JUSTICE | LA |
| 52 | FAIN DRILLING | CA |
| 53 | KRAMER GEHLEN ASSOC | WA |
| 54 | D AND C TOOL GRINDING | OK |
| 55 | JUDITH M | IN |
| 56 | ATOMIC FIREWORKS INC | TN |
| 57 | PA ASSOCIATION FOR JUSTICE | PA |
| 58 | FIDDLER GONLEZ & RDGZ LLP | PR |
| 59 | METALCRAFT OF MAYVILLE | WI |
| 60 | SILVER STREET DEVELOPMENT | ME |
| 61 | WORLDWIDE INTERACTIVE NETWORK | TN |
| 62 | FINANCIAL TAX PLG INC FLI | MI |
| 63 | MIDWEST IT SYSTEMS, INC. | MN |
| 64 | NORTHEASTERN JR COLL | CO |
| 65 | ST LANDRY LUMBER CO. | LA |
| 66 | OSCO INC | MI |
| 67 | TRUONG GIANG CORP | CA |
| 68 | RIVERSIDE COUNTY ACR-RMAP | CA |
| 69 | MERIT DIAMOND CORP | FL |
| 70 | RESOURCE RECOVERY SYSTEMS | CO |
| 71 | SLAPPEY TELEPHONE | AL |
| 72 | SHAMROCK DENTAL | FL |
| 73 | SABER LIMITED | CA |
| 74 | SNAP-ON D40312 | NY |
| 75 | FIRESTONE SHEET METAL | OH |
| 76 | NE MEDICAL SYSTEMS CORP | NJ |
| 77 | AESTHETIC VIDEO SOURCE | UT |
| 78 | BRUIN PLASTICS CO INC | RI |
| 79 | CERTIFIED FAST FREIGHT | FL |
| 80 | KRANSON INDUSTRIES | MO |
| 81 | ASK SERVICES INC | MI |
| 82 | F & M FURNITURE MFG | TN |
| 83 | TALARIS | WI |
| 84 | ATEK CORPORATION | IL |
| 85 | BEV NORRIS | SC |
| 86 | COLO. DEPT. OF HIGHWAYS | CO |
| 87 | MT.ROYAL USA | TX |
| 88 | G S I AUTOMATION INC | NJ |
| 89 | AMERIPRISE | HI |
| 90 | SETHNESS PRODUCT CO | IA |
| 91 | NIACC LIBRARY | IA |
| 92 | DONG SUNG WORLD WIDE USA INC | CA |

| | Name1 | State |
|---|---|---|
| 93 | DANS PAWN AND GUN | OK |
| 94 | EMILIE TOURAINE | NM |
| 95 | HECO INC. | MI |
| 96 | PAUL C STECK INC | NJ |
| 97 | EAST COAST SURGICAL INSTRUMENT | PA |
| 98 | INDUSTRIAL SCREEN/MAIR | WY |
| 99 | NEWARK IND SPRAY INC | NJ |
| 100 | STOCKBRIDGE VALLEY CSD | NY |
| 101 | NEW TRIBES MISSION | MO |
| 102 | THE ISLANDER GROUP INC | HI |
| 103 | PASSIONIST NUNS | MO |
| 104 | KIMBERLY ANDERSON | ME |
| 105 | SCA INC. | OK |
| 106 | THE TRAVEL CORNER | GA |
| 107 | MAR-HY DISTRIBUTORS | OR |
| 108 | NORTHWEST EQUIPMENT | ID |
| 109 | ME MARTIN | TX |
| 110 | CAMP TIME INC | WA |
| 111 | CREATEABLE CONCEPTS LLC | OH |
| 112 | SHOP QUIK | KS |
| 113 | AZ BOARD OF TECH REGISTRATION | AZ |
| 114 | EKK WILL WATER LIFE RESOURCES | FL |
| 115 | SUN PET, LTD | GA |
| 116 | FERREES TOOLS INC | MI |
| 117 | THE BOX EXPRESS | IN |
| 118 | SEGREST FARMS | FL |
| 119 | HICKORY SPRINGS | CA |
| 120 | TRI STATE AVIATION | ND |
| 121 | BESTEST | IL |
| 122 | SPILLER SPRING MFG | WI |
| 123 | JOLENE LEHMAN | WV |
| 124 | THE UPS STORE | SC |
| 125 | HICKORY SPRINGS MFG MICAVILLE | NC |
| 126 | HICKORY SPRINGS MFG/CORP | NC |
| 127 | HICKORY SPRINGS MANUFACTURING | NC |
| 128 | VOLUNTEER FOAM | TN |
| 129 | HICKORY SPRINGS FOAM PLANT | NC |
| 130 | THE UPS STORE | SC |
| 131 | KEY BELL CORP | CA |
| 132 | HICKORY SPRINGS MFG CO | NC |
| 133 | HOLLAND WIRE PROD INC | MI |
| 134 | HICKORY SPRINGS CORP | IN |
| 135 | HOWARD PRECISION METALS | WI |
| 136 | HICKORY SPRINGS MFG CO | FL |
| 137 | HICKORY SPRINGS/AMERICUS | GA |
| 138 | OLYMPIC PRODUCTS LLC | NC |

| | Name1 | State |
|---|---|---|
| 139 | HICKORY SPRINGS MFG/FT SMITH | AR |
| 140 | HICKORY SPRINGS MFG | NC |
| 141 | HICKORY SPRINGS OF WISCONSIN | WI |
| 142 | TREADWAY GALLERY | OH |
| 143 | SWANN INDUSTRIES CORP | FL |
| 144 | HICKORY SPRINGS MFG CO | MS |
| 145 | HICKORY SPRINGS-CALIF/PORTLAND | OR |
| 146 | TIGER WOODS FOUNDATION | CA |
| 147 | DURIVAGE PATTERN & MFG | OH |
| 148 | THE UPS STORE | MI |
| 149 | MILLER WIRE WORKS | AL |
| 150 | DM AIRPORTS, LTD | NJ |
| 151 | PENROSE AUTO SALVAGE | CO |
| 152 | COLORADO CELLARS WINERY | CO |
| 153 | GRAYHAWK GOLF CLUB | AZ |
| 154 | TEALS FOLIAGE INC | WI |
| 155 | MP COMPONENTS | MI |
| 156 | KSK VISUAL INGENUITY | OH |
| 157 | DMF GARDENS | IA |
| 158 | UNIQUE DESIGNS WORKSHOP | OH |
| 159 | TRI PAR INTERNATIONAL | IL |
| 160 | CABOT CREAMERY | VT |
| 161 | THE UPS STORE | CO |
| 162 | AIKEN MOTORCYCLE SALES | SC |
| 163 | STAR PRINTING | AL |
| 164 | PROCHROME CONVERSION CO. | WV |
| 165 | THE UPS STORE | CO |
| 166 | REMINGTON INDUSTRIES | NJ |
| 167 | UNIVERSAL SMART COMP | PA |
| 168 | THE UPS STORE | CO |
| 169 | GLENNS SPORTING GOODS | WV |
| 170 | TAPE MASTER TOOL CO | MI |
| 171 | DRIVE MASTER CO, INC. | NJ |
| 172 | DAHMER MARINE HWD | NJ |
| 173 | GRAPHIC IMAGE INC | NY |
| 174 | BEHNING INC DBA THE GRAY DOVE | IN |
| 175 | MD SCIENCE CTR BUS OFC | MD |
| 176 | FASCINATIONS # 6 | OR |
| 177 | ALION SCIENCE & TECHNOLOGY CRP | ME |
| 178 | DANIEL & HENRY CO | MO |
| 179 | PLASTIC MODEL ENGINEERING | ID |
| 180 | CELEBRITY CENTRE INT | CA |
| 181 | KARNEY MGMT CO | CA |
| 182 | GOLFERSTUFF INC | FL |
| 183 | OREGON YOUTH AUTHORITY | OR |
| 184 | PAK MAIL | VA |

| | Name1 | State |
|---|---|---|
| 185 | LORRAINE SURGICAL | WV |
| 186 | GATEWAY FEATHERS | AZ |
| 187 | STEWARD STEEL SUPPLY CO | MO |
| 188 | INDUSTRIAL PATTERN | OH |
| 189 | AMERICAN TEL-A-SYSTEMS | WI |
| 190 | SUPERIOR REHAB | CA |
| 191 | THE UPS STORE | MI |
| 192 | TIMES NEWS PUB CO | PA |
| 193 | GIBSON COMM HOSPITAL | IL |
| 194 | ROBERT SZWEDO | IL |
| 195 | THE NATURE CONSERVANCY | NY |
| 196 | ALLTEMP DIST CO | MN |
| 197 | AVITECH INTERNATIONAL | WA |
| 198 | DEPT OF CORRECTIONS | MI |
| 199 | REGENCE HEALTH NETWORK | TX |
| 200 | THE UPS STORE | IL |
| 201 | ACTION DRIVES & BEARINGS INC | NJ |
| 202 | RINKER DESIGN ASSOC., PC | VA |
| 203 | MOUNTAIN METROLOGY & REPAIR | CO |
| 204 | GREYSTONE TV & APPLIANCE | VA |
| 205 | THE UPS STORE | CA |
| 206 | MONTRO | CO |
| 207 | SCF ARIZONA | AZ |
| 208 | THE UPS STORE | KS |
| 209 | PROJECT YOUNG ONE | WI |
| 210 | THE UPS STORE | IL |
| 211 | SOCIETY OF EXPLOSIVE ENG | OH |
| 212 | ALLTEMP DISTRIBUTION COMPANY | MN |
| 213 | WINSLOW AUTOMATION | CA |
| 214 | MDOC-RECRUITMENT | MI |
| 215 | EVANGEL UNIVERSITY | MO |
| 216 | SAUER INC | OH |
| 217 | LA JOLLA MAIL BOX RENTAL | CA |
| 218 | JOHN & LLOYD HORST | VA |
| 219 | THE UPS STORE | NH |
| 220 | THE UPS STORE | NH |
| 221 | LARKSPUR MANAGEMENT | VA |
| 222 | ROSE MANAGEMENT | PA |
| 223 | THE UPS STORE | IL |
| 224 | MICHIGAN DEPT OF CORRECTIONS | MI |
| 225 | CHASE MOTORSPORTS | KY |
| 226 | TECHIMETAL INC | NY |
| 227 | THE UPS STORE | RI |
| 228 | THE INDEPENDENT INSTITUTE | CA |
| 229 | THE UPS STORE | WI |
| 230 | AGRI-INJECT | CO |

| | Name1 | State |
|---|---|---|
| 231 | STERLING IMPRESSIONS INC | IN |
| 232 | THE UPS STORE | NH |
| 233 | ECONOMY RACING | KY |
| 234 | THE NATURE CONSERVANCY | VA |
| 235 | AMERICAN TRUCK & TRLR SUP INC | VA |
| 236 | VEXOR CUSTOM WOODWORKING INC | CO |
| 237 | PLAS-TANKS INDUSTRIES | OH |
| 238 | WAYMAR INDUSTRIES | MN |
| 239 | THE UPS STORE | VA |
| 240 | JUST ENGRAVE IT | SC |
| 241 | ROBIN HOOD ARCHERY | CA |
| 242 | LINKS PRINT AND PROMOTIONAL RE | MN |
| 243 | THE UPS STORE | IL |
| 244 | THE UPS STORE | IL |
| 245 | ESUPPLYSTORE.COM | NE |
| 246 | H O BOSTROM CO INC | WI |
| 247 | THE UPS STORE | MA |
| 248 | BUDDYS SERVICE & SUPPLY | ND |
| 249 | THE UPS STORE | MA |
| 250 | THE UPS STORE | WI |
| 251 | FLAIR PACKAGING | WI |
| 252 | INTAGLIO, LLC | MI |
| 253 | SHIPPING AND HANDLING | WI |
| 254 | THE UPS STORE | MI |
| 255 | THE UPS STORE | WI |
| 256 | THE UPS STORE | WI |
| 257 | GLOBE MEDICAL | IL |
| 258 | MJ SUPPLIES | IN |
| 259 | HASSAN HARB | CA |
| 260 | THE UPS STORE | GA |
| 261 | IND/UTILITY SALES INC | OH |
| 262 | THE UPS STORE | MO |
| 263 | THE UPS STORE | TX |
| 264 | THE UPS STORE | FL |
| 265 | NORFALCO INC | OH |
| 266 | THE UPS STORE | MI |
| 267 | THE UPS STORE | IL |
| 268 | THE UPS STORE | VA |
| 269 | THE UPS STORE | KS |
| 270 | THE UPS STORE | CA |
| 271 | PAMELAS | TX |
| 272 | NUCLEAR ELECTRIC INSURANCE | DE |
| 273 | THE UPS STORE | MA |
| 274 | GIER DIESEL INC. | KS |
| 275 | VEMMA | AZ |
| 276 | THE UPS STORE | PA |

| | Name1 | State |
|---|---|---|
| 277 | THE UPS STORE | VA |
| 278 | CARPENTER SCREEN PRINTING | ID |
| 279 | WALLS DECOR | OH |
| 280 | THE UPS STORE | IL |
| 281 | GIANT CHEVROLET CO | CA |
| 282 | HOLLISTER HONDA | CA |
| 283 | REX ENGINEERING | FL |
| 284 | THE UPS STORE | MI |
| 285 | BLANCHAT MANUFACTURING INC | KS |
| 286 | THE UPS STORE | KY |
| 287 | ROMA SPOSA | MI |
| 288 | EQUINE RACING SYSTEMS INC | WA |
| 289 | THE UPS STORE | MI |
| 290 | DELANO TRUCK AUTO DISM LLC | CA |
| 291 | THE UPS STORE | MO |
| 292 | THE UPS STORE | MA |
| 293 | THE UPS STORE | NC |
| 294 | THE UPS STORE | MA |
| 295 | KNAPHEIDE MANUFACTURING | IL |
| 296 | USA WT | CA |
| 297 | SUPERWINCH INC | CT |
| 298 | THE UPS STORE | IN |
| 299 | THE UPS STORE | FL |
| 300 | VIA MOTIF C/O PRISM TEAM SVCS | CA |
| 301 | DAWN DONUTS SYSTEM DDSI | MI |
| 302 | FITNESS PLUS EQUIPMENT SERVICE | MO |
| 303 | MATERIAL FLOW & CONVEYOR SYS | OR |
| 304 | THE UPS STORE | MA |
| 305 | THE UPS STORE | MI |
| 306 | THE UPS STORE | GA |
| 307 | THE UPS STORE | MA |
| 308 | THE UPS STORE | MA |
| 309 | THE UPS STORE | WA |
| 310 | MULTI NATIONAL INDUSTRIES | MD |
| 311 | ABSOLUTE CONTRACTING SERVICES | MD |
| 312 | PINETREE HARNESS SHOP | PA |
| 313 | THE UPS STORE | MI |
| 314 | CENTRAL FLA PUMP & MOTOR SERV | FL |
| 315 | ROSS NAMEPLATE CO | CA |
| 316 | QUARLES AND BRADY | WI |
| 317 | THE UPS STORE | NC |